JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MORALES, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SERVICE KING PAINT & BODY, LLC, a Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-04671-RGK-PJW<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

1  Upon consideration of the Parties' Joint Motion for Order of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) and the materials submitted in support of that Motion, the Court has determined that the Motion should be, and hereby is, GRANTED. Good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The putative class allegations are dismissed without prejudice; and

2. Plaintiff's individual claims are dismissed with prejudice.

Dated: May 25, 2018

*/s/ Gary Klausner*
The Honorable R. Gary Klausner